**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| UMAR HASSAN BURLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BALTIMORE POLICE DEPARTMENT, *et al.*, <br><br> Defendants. | Civil Action No. 1:18-cv-01743-ELH |

**ENTRY OF APPEARANCE OF CHELSEA J. CRAWFORD**

Please enter my appearance as counsel on behalf of Plaintiffs Umar Hassan Burley and Brent Andre Matthews.

/s/
Chelsea J. Crawford (Bar No. 19155)
ccrawford@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21201
Tel: (410) 962-1030
Fax: (410) 385-0869

*Attorneys for Plaintiffs Umar Hassan Burley and Brent Andre Matthews*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2018, the foregoing Entry of Appearance was electronically filed using the CM/ECF system, which automatically serves counsel of record.

                                                /s/
                                     Chelsea C. Crawford