AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-CV-01743-ELH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Keith A. Gladstone</u> was received by me on *(date)* <u>Oct 2, 2018, 1:04 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* <u>Cody Gladstone</u>, a person of suitable age and discretion who resides there, on *(date)* <u>Wed, Oct 03 2018</u>, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/4/2018

*Server's signature*

David Sterner
*Printed name and title*

1133 13th St NW Ste. C4, Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 3, 2018, 4:37 pm EDT at 828 Alum Rock Rd, New Park, PA 17352 received by Cody Gladstone. Relationship: Son; Other: Cody accepted the documents on behalf of his father, he confirmed he is over 18 years old. He called his father while I was there so he is aware the papers were served.;