IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UMAR BURLEY, *et. al*, | * | |
| Plaintiff, | * | |
| v. | * | Civil No.: 1:18-cv-01743-ELH |
| BALTIMORE CITY POLICE DEPARTMENT, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants, the Baltimore Police Department's and Dean Palmere's, Consent Motion to Extend Time to File Response to Plaintiffs' Amended Complaint, it is this ___15th___ day of November, 2018:

**ORDERED** that the Consent Motion is **GRANTED**; and it is further

**ORDERED** that the deadline by when Defendants shall file their responses to Plaintiffs' Complaint is extended up to and including Wednesday, November 28, 2018.

_____
The Honorable Ellen L. Hollander
United States District Court for the
District of Maryland