AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-01743-ELH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>William Knoerlein</u> was received by me on *(date)* <u>Jan 14, 2019, 6:08 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* <u>Shelby Knoerlein</u> , a person of suitable age and discretion who resides there, on *(date)* <u>Tue, Jan 15 2019</u> , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/16/2019

*Server's signature*

Rodney Scott Getlan

*Printed name and title*

1133 13th Street NW, Suite C4, Washington, DC 20005

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 15, 2019, 7:18 pm EST at Home: 6901 Broening Rd, Dundalk, MD 21222 received by Shelby Knoerlein. Age: 57; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'7"; Hair: Brown; Eyes: Brown; Relationship: Wife;

Documents served:
ECF 001 – COMPLAINT with attachments: # 001-001 Civil Cover Sheet, #001-002 Exhibit A ECF 003- AMENDED COMPLAINT with Attachments: 003-001 Redlined Complaint, 003-002 Exhibit A, 003-003 Exhibit B, 003-004 Exhibit C ECF 004 - NOTICE of Appearance by Joshua R Treem on behalf of All Plaintiffs ECF 005 - NOTICE of Appearance by Andrew David Freeman on behalf of All Plaintiffs ECF 006 - NOTICE of Appearance by Neel Lalchandani on behalf of All Plaintiffs ECF 007 - NOTICE of Appearance by Chelsea Jones Crawford on behalf of All Plaintiffs ECF 008 - NOTICE by Umar Hassan Burley, Brent Andre Matthews re 3 Amended Complaint, Amended/Corrected Summons (Sinclair, William)

(Entered: 09/12/2018) ECF 009 - Summons Issued 21 days as to Baltimore Police Department, Keith Gladstone, Ryan Guinn, Wayne Jenkins, Dean Palmere. ECF 010 - WAIVER OF SERVICE Returned Executed by Umar Hassan Burley, Brent Andre Matthews. Baltimore Police Department waiver sent on 9/26/2018, answer due 11/26/2018.(Sinclair, William) (Entered: 09/26/2018) ECF 011 - WAIVER OF SERVICE Returned Executed by Umar Hassan Burley, Brent Andre Matthews. Dean Palmere waiver sent on 9/26/2018, answer due 11/26/2018.(Sinclair, William) (Entered: 09/26/2018) ECF 012 - SUMMONS Returned Executed on Ryan Guinn served on 10/2/2018 ECF 013 - SUMMONS Returned Executed on Keith Gladstone served on 10/3/2018 ECF 014 - SUMMONS Returned Executed on Wayne Jenkins served on 10/16/2018 ECF 015 - NOTICE of Appearance by Kara K Lynch on behalf of Baltimore Police Department, Dean Palmere ECF 016 - Consent MOTION for Extension of Time to File Response/Reply to Amended Complaint by Baltimore Police Department, Dean Palmere ECF 017 - ORDER granting 16 Consent Motion for Extension of Time to File Response/Reply ECF 018 - NOTICE of Appearance by Alexa Curley on behalf of Baltimore Police Department, Dean Palmere ECF 019 - NOTICE of Appearance by Neil E Duke on behalf of Wayne Jenkins ECF 020 - ANSWER to ECF 003 Amended Complaint filed by Wayne Jenkins ECF 021 - Correspondence re: Deadlines ECF 022 - MARGINAL ORDER Approving 21 Correspondence re: Deadlines ECF 023 SECOND AMENDED COMPLAINT against Baltimore Police Department, Keith Gladstone, Ryan Guinn, Wayne Jenkins, Dean Palmere, filed by Umar Hassan Burley, Brent Andre Matthews. (Attachments: ECF 023-001 Exhibit A, ECF 023-002 Exhibit B, ECF 023-003 Exhibit C, ECF023-004 Redline ECF 024 - Summons Issued 21 days as to Michael Fries, William Knoerlein, Richard Willard