**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| UMAR BURLEY, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>BALTIMORE POLICE DEPARTMENT, *et al.*,<br><br>          Defendants. | Civil Action No. ELH-18-1743 |

**PLAINTIFFS UMAR BURLEY AND BRENT MATTHEWS' RESPONSE
TO DEFENDANT, WAYNE JENKINS' MOTION TO DISMISS**

In his Motion to Dismiss [ECF No. 41], Defendant Wayne Jenkins seeks dismissal solely on the basis of statute of limitations as briefed by Defendants Baltimore Police Department and Dean Palmere.[1] By this Response, Plaintiffs incorporate and adopt the arguments on that issue made in their Consolidated Response in Opposition to Defendants Baltimore Police Department and Dean Palmere's Motion to Dismiss [ECF No. 29] and Defendants Guinn, Gladstone, Willard, Knoerlein, and Fries' Motion to Dismiss [ECF No. 33] ("Consolidated Response") filed on March 1, 2019. *See* ECF No. 35.

For all the reasons set forth in the Consolidated Response, the Court should deny Mr. Jenkins' Motion to Dismiss.

---

[1] Defendants Guinn, Gladstone, Willard, Knoerlein and Fries also filed a motion to dismiss in which they incorporated and adopted Defendants Baltimore Police Department and Dean Palmere's Motion to Dismiss. *See* E.C.F. No. 33.

Dated: April 1, 2019

Respectfully submitted,

   /s/
Steven D. Silverman, Esq. (Bar No. 22887)
ssilverman@mdattorney.com
Andrew C. White, Esq. (Bar No. 08821)
awhite@mdattorney.com
William N. Sinclair, Esq. (Bar No. 28833)
bsinclair@mdattorney.com
Erin Murphy, Esq. (Bar No. 24980)
emurphy@mdattorney.com
SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC
201 N. Charles Street, Suite 2600
Baltimore, Maryland 21201
Tel: (410) 385-2225
Fax: (410) 547-2432

   /s/
Andrew D. Freeman (Bar No. 03867)
adf@browngold.com
Joshua R. Treem (Bar No. 00037)
jtreem@browngold.com
Chelsea J. Crawford (Bar No. 19155)
ccrawford@browngold.com
Neel K. Lalchandani (Bar No. 20291)
nlalchandani@browngold.com
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21201
Tel: (410) 962-1030
Fax: (410) 385-0869

*Attorneys for Plaintiffs Umar Hassan Burley and Brent Andre Matthews*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2019, a copy of the foregoing Plaintiffs Umar Burley and Brent Matthews' Response to Defendant, Wayne Jenkins', Motion to Dismiss was electronically filed via CM/ECF, with notice to all counsel.

      /s/
      William N. Sinclair