BROWN GOLDSTEIN LEVY

September 18, 2019

**By CM/ECF**

The Honorable Ellen L. Hollander
U.S. District Court for the District of Maryland
Garmatz United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Burley, et al. v. Baltimore Police Department, et al.*
              Civil Action No. ELH-18-01743

Dear Judge Hollander:

      As counsel for plaintiffs in the above-captioned matter, I write to request that the Court approve for publication its September 12, 2019, Memorandum Opinion. Because the opinion covers novel issues related to the statute of limitations and clarifies the landscape for *Monell* and supervisory liability claims, publication is appropriate. In addition, because there are numerous ongoing lawsuits in the District concerning these same actors and issues, including the Baltimore Police Department's amenity to suit under § 1983, recent published precedent will be of service to future litigants.

      Thank you for consideration of this request.

                                                    Sincerely,

                                                    Andrew D. Freeman