**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

September 20, 2019

MEMORANDUM TO COUNSEL

Re: *Burley et al. v. Baltimore Police Department et al.*
Civil No.: ELH-18-01743

Dear Counsel:

I am in receipt of Mr. Freeman's request that I designate my recent Memorandum Opinion (ECF 51) and Order (ECF 52) for publication.

It is not my practice to designate an opinion for publication. To the extent any of my opinions have been reported, West has chosen to do so.

In view of the City's interlocutory appeal, the opinion may have a short shelf life! In any event, whether or not the opinion is "published," it is public and readily accessible via Westlaw and Nexus.

I hope this information is helpful.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge