FILED: September 27, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2029
(1:18-cv-01743-SAG)

_____

UMAR HASSAN BURLEY; BRENT ANDRE MATTHEWS

    Plaintiffs - Appellees

v.

BALTIMORE POLICE DEPARTMENT

    Defendant - Appellant

and

STATE OF MARYLAND; WAYNE JENKINS; RYAN GUINN; KEITH GLADSTONE; DEAN PALMERE; RICHARD WILLARD; WILLIAM KNOERLEIN; MICHAEL FRIES

    Defendants

_____

No. 19-2033
(1:18-cv-03092-TDC)

_____

GARRETH PARKS

    Plaintiff - Appellee

v.

BALTIMORE POLICE DEPARTMENT

    Defendant - Appellant

and

DETECTIVE BLANE VUCCI; DETECTIVE GORDON CAREW; OFFICER JOSEPH MUELLER; OFFICER KIMBERLY PARKS; OFFICER TODD TUGYA; SERGEANT PAUL DEAN; BARRY GRANT; DETECTIVE JOSEPH JEFFERSON; LIEUTENANT HORTON; OFFICER TOM PFEILER; OFFICER BRIAN FORD; DETECTIVE KEVIN BUIE; DETECTIVE JOHN RIDDICK; DETECTIVE J. PHELPS; DETECTIVE RAY LASLETT; OFFICER DONALD WATSON; VICTOR HAGEE; UNKNOWN EMPLOYEES OF THE BALTIMORE CITY POLICE DEPARTMENT

    Defendants

------------------------

O R D E R

------------------------

The court consolidates Case No. 19-2029 and Case No. 19-2033. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk