**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

November 22, 2019

MEMORANDUM TO COUNSEL

    Re:    *Burley v. Baltimore Police Department, et al.*
             Civil Action No. ELH-18-1743

Dear Counsel:

The Editorial Staff at West Publishing recently advised me that it has selected the Court's Memorandum Opinion of September 12, 2019 (ECF 51) for publication in the Federal Supplement.

In the course of reviewing the Memorandum Opinion for purposes of print publication, I have made a handful of non-substantive, typographical corrections. The revised version will be docketed.

I reiterate that the substance of the Memorandum Opinion has not been altered. The Order (ECF 52), issued on September 12, 2019, is unchanged.

                              Very truly yours,

                              /s/
                              Ellen Lipton Hollander
                              United States District Judge