# EXHIBIT 11

**From:** Chelsea J. Crawford
**To:** James Fields
**Cc:** Andrew D. Freeman; Bill Sinclair; Neel Lalchandani
**Subject:** RE: Umar Burley, et al. v. BPD - Discovery Requests (Word versions)
**Date:** Wednesday, January 22, 2020 5:05:00 PM

Hi James,

We will grant you the two additional days to provide your clients' discovery responses. However, there will be no further extensions, and any objections you have will be waived if we do not receive the responses on Friday. We are also prepared to file a motion to compel if you miss the Friday deadline.

Please reach out if you have any questions.

Thank you,

**Chelsea J. Crawford**
Attorney

**BROWN GOLDSTEIN LEVY**
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Tel.:   410.962.1030 x1344
Fax:   410.385.0869
Email: ccrawford@browngold.com

**About Brown, Goldstein & Levy, LLP**
Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other areas of the law, including family law, disability rights, and health care. For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter which may affect receipt of certain e-mails. If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.
CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system. Thank you.

---

**From:** James Fields [mailto:jfields@fieldspeterson.com]
**Sent:** Wednesday, January 22, 2020 10:32 AM
**To:** Chelsea J. Crawford
**Cc:** Andrew D. Freeman; Bill Sinclair; Neel Lalchandani
**Subject:** Re: Umar Burley, et al. v. BPD - Discovery Requests (Word versions)

**SECURITY ALERT:** This email is from an external source.

Good morning, Chelsea. My 2 week extension estimate has proved to be short by at least 2 days - I have been fervently working to complete the discovery responses for all of my clients, but despite my efforts, given present status, it will now not be possible to complete and serve them until this Friday, 1/24, as I certainly want to get them in your hands before the weekend. I apologize for this additional delay, but am sure it will help to avoid what otherwise would be necessary multiple

supplemental filings.

I would appreciate the indulgence of you and your fellow counsel in this regard. Thank you.

James

*James H. Fields*
**FIELDS PETERSON, LLC**
*Attorneys & Counselors At law*
Harborplace Tower
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
office: 410-783-6347
cell:  443-742-6938
fax:   410-783-6410
email:  jfields@fieldspeterson.com
website:  www.FieldsPetersonLLC.com

---

The information contained in this e-mail is confidential and/or proprietary to Fields Peterson, LLC and/or its agents and may only be used solely in performance of work or services for Fields Peterson, LLC. The information transmitted herewith is intended only for use by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly proh bited. If you have received this communication in error, please contact the sender and delete the material from your computer.

On Tue, Jan 7, 2020 at 4:35 PM Chelsea J. Crawford <CCrawford@browngold.com> wrote:

> Hi James,
>
> We agree to the two-week extension, and we look forward to receiving the discovery responses from your clients on or before Wednesday, January 22nd.
>
> Thank you,
>
> **Chelsea J. Crawford**
> Attorney
>
> **BROWN GOLDSTEIN LEVY**
> 120 E. Baltimore Street, Suite 1700
> Baltimore, MD  21202
> Tel.:     410.962.1030 x1344
> Fax:     410.385.0869
> Email:  ccrawford@browngold.com
>
> **About Brown, Goldstein & Levy, LLP**
> Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other areas of the law, including family law, disability rights, and health care. For more information, visit

www.browngold.com.
Please note that this Firm uses an e-mail filter which may affect receipt of certain e-mails. If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.
CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system. Thank you.

**From:** James Fields [mailto:jfields@fieldspeterson.com]
**Sent:** Tuesday, January 07, 2020 10:05 AM
**To:** Chelsea J. Crawford
**Cc:** Andrew D. Freeman; Bill Sinclair; Neel Lalchandani
**Subject:** Re: Umar Burley, et al. v. BPD - Discovery Requests (Word versions)

**SECURITY ALERT:** This email is from an external source.

Counsel,

I am working through the discovery responses for my clients, but I will need some additional time to complete them given anticipated unvailability issues over the holidays. I am confident that I can have all responses completed and served on or before 1/22. Accordingly, I am seeking a 2-week extension from the current due date of Jan. 8th to provide the responses.

Is this extension request acceptable to you and your clients? Thank you for your consideration.

Best,

*James H. Fields*
**FIELDS PETERSON, LLC**
*Attorneys & Counselors At law*
Harborplace Tower
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
office: 410-783-6347
cell: 443-742-6938
fax: 410-783-6410
email: jfields@fieldspeterson.com
website: www.FieldsPetersonLLC.com

The information contained in this e-mail is confidential and/or proprietary to Fields Peterson, LLC and/or its agents and may only be used solely in performance of work or services for Fields Peterson, LLC. The information transmitted herewith is intended only for use by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

On Tue, Dec 17, 2019 at 10:41 AM Chelsea J. Crawford <CCrawford@browngold.com> wrote:

James,

I received your voicemail message this morning. As requested, I have attached Word document versions of Umar Burley's discovery requests to your clients (Richard Willard, William Knoerlein, Michael Fries, Keith Gladstone, and Ryan Guinn).

Please let me know if you have any questions.

Thank you,

**Chelsea J. Crawford**
Attorney

**BROWN GOLDSTEIN LEVY**
120 E. Baltimore Street, Suite 1700
Baltimore, MD  21202
Tel.:     410.962.1030 x1344
Fax:     410.385.0869
Email:  ccrawford@browngold.com

**About Brown, Goldstein & Levy, LLP**
Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other areas of the law, including family law, disability rights, and health care. For more information, visit www.browngold.com.
Please note that this Firm uses an e-mail filter which may affect receipt of certain e-mails.  If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.
CONFIDENTIALITY:  This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system. Thank you.