**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| UMAR HASSAN BURLEY, *et al.* | * |
| Plaintiffs, | * |
| v. | *   Civil Case No.: 1:18-cv-01743-SAG |
| BALTIMORE POLICE DEPARTMENT, *et al.* | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Stuart R. Goldberg of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, as additional counsel for Defendant Wayne Jenkins in the above-captioned case.  I certify that I am admitted to practice in this court.

Respectfully submitted,

/s/
Stuart R. Goldberg, Fed. Bar No. 21236
sgoldberg@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Light Street
Baltimore, Maryland  21202
Phone:  410-862-1339
Fax:  410-547-0699
*Attorneys for Defendant Wayne E. Jenkins*

4819-0683-0773v1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UMAR HASSAN BURLEY, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Case No.: 1:18-cv-01743-SAG |
| BALTIMORE POLICE DEPARTMENT, *et al.* | * | |
| Defendants. | * | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of February, 2020, a copy of the foregoing Notice of Entry of Appearance was filed with the United States District Court for the District of Maryland by electronic filing. All counsel of record are being served by the Court's electronic filing system.

Respectfully submitted,

/s/
Stuart R. Goldberg, Fed. Bar No. 21236
sgoldberg@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Light Street
Baltimore, Maryland 21202
Phone: 410-862-1339
Fax: 410-547-0699
*Attorneys for Defendant Wayne E. Jenkins*

4819-0683-0773v1