IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UMAR BURLEY**, *et. al*, | * |
| | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| v. | *   Civil No.: 1:18-cv-01743-SAG |
| | * |
| **BALTIMORE POLICE DEPARTMENT,** | * |
| *et al*. | * |
| | * |
| | * |
| **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW APPEARANCE

Alexa E. Ackerman, Esq., pursuant to Local Rule 101(2)(a) respectfully requests that this Court withdraw her appearance in the above-captioned case as counsel for Defendants Baltimore Police Department and Dean Palmere states as follows:

1. Ms. Kara Lynch, Esq., Mr. Justin Conroy, Esq., and Ms. Natalie Amato, Esq. have entered their appearances in this matter on behalf of Defendants Baltimore Police Department and Dean Palmere. *ECF Nos*. 15; 25; 34.

2. Plaintiff will not be prejudiced if this Court withdraw undersigns counsel's appearance from the record.

WHEREFORE, Alexa E. Ackerman respectfully request this court to withdraw her appearance on behalf of Defendants Baltimore Police Department and Dean Palmere. A proposed Order is attached.

        Respectfully submitted,

        /s/
        ―――――――――――――――――
        Alexa E. Ackerman (No. 19943)
        ASSISTANT SOLICITOR
        Baltimore City Law Department
        Office of Legal Affairs
        100 N. Holliday Street, Room 101
        Baltimore, Maryland 21202
        Telephone: (410) 396-2495
        Facsimile:   (410) 396-2126
        alexa.ackerman@baltimorecity.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of March, 2020, a copy of the foregoing Motion to Withdraw as Counsel by Alexa E. Ackerman, was filed with the United States District Court for the District of Maryland and forwarded to all counsel of record via CM/ECF.

_____/s/_____
Alexa E. Ackerman (No. 19943)
